■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY VELLUCCI.— Motion to amend order of this court granted and the order entered on July 10,

1962 is amended so as to provide that the reversal herein is on the law only. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.